ANDREW VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
DIANA M. HALL (Bar No. 260410)
diana.hall@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

EUGENE M. PAK, (Bar No. 168699)
eugene.pak@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.615.6024
Fax: 415.659.7324

Attorneys for Plaintiffs
ING BANK, FSB and
ING DIRECT BANCORP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ING BANK, FSB and ING DIRECT BANCORP,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN B. YUNITS<br><br>        Defendant.<br><br>and Related Counterclaims | CASE NO. C 09-02198 PVT<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. Patricia V. Trumbull |

DLA PIPER LLP (US)

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE,
C 09-02198 PVT

1   Pursuant to Local Rule 7-12, IT IS HEREBY STIPULATED by and between ING Bank,
2   FSB and ING Direct Bancorp, on the one hand, and John B. Yunits, on the other, through their
3   respective attorneys of record or themselves if pro se, as follows:

4   WHEREAS Plaintiff/Counterdefendant ING Bank, FSB and ING Direct Bankcorp
5   (collectively, "ING"), on the one hand, and Defendant/Counterclaimant John B. Yunits, on the
6   other (collectively, the "Parties"), have entered into a written Settlement Agreement and Mutual
7   Release ("Settlement Agreement") with respect to this action;

8   WHEREAS, pursuant to the terms of the Settlement Agreement, ING and John B. Yunits
9   agreed to dismiss their operative complaint and counterclaims, respectively, in this action with
10  prejudice; and

11  WHEREAS, pursuant to the terms of the Settlement Agreement, the Parties agreed to bear
12  their own attorneys' fees and costs in this action;

13  THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereby
14  stipulate, by and through counsel, or for themselves if pro se, to the dismissal with prejudice of
15  the entirety of this action. Each party shall bear its own costs and attorneys' fees.

17  DATED: October __, 2009         DLA PIPER LLP (US)

19                                  By: _____
                                    Andrew Valentine
20                                  Attorneys for Plaintiff ING Bank, FSB and ING
                                    Direct Bancorp

22  DATED: October __, 2009         PRO SE

23                                  By: _____
                                    John B. Yunits
24                                  Defendant

25  //
26  //
27  //

## ORDER

The Parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED THAT this action is hereby dismissed with prejudice in its entirety.

IT IS FURTHER ORDERED THAT this Court shall retain jurisdiction to enforce the terms of the settlement pursuant to the Settlement Agreement, including but not limited to jurisdiction over disputes arising out of the Settlement Agreement.

IT IS FURTHER ORDERED THAT the Parties shall bear their own respective attorneys' fees and costs in this action.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October  23 , 2009

_____
THE HONORABLE PATRICIA V. TRUMBULL